FILED BY [signature] D.C.
05 DEC 19 AM 8:50
CLERK U.S. DISTRICT COURT
W.D. OF TN, JACKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CLETUS WAYNE NIXON,

Plaintiff,

VS.

WASTE MANAGEMENT, INC., and WASTE MANAGEMENT OF MISSISSIPPI, INC.,

Defendants.

No. 03-1144-T/An

ORDER OF REFERENCE

Having been remanded by the Sixth Circuit Court of Appeals for further proceedings, this case is hereby REFERRED to U.S. Magistrate Judge S. Thomas Anderson to conduct a new scheduling conference.

IT IS SO ORDERED.

[signature: James D. Todd]
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

16 December 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:03-CV-01144 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Fred C. Statum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Terry L. Wood
WILSON HINTON & WOOD
505 Waldron St.
Corinth, MS 38835--125

Honorable James Todd
US DISTRICT COURT