# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| CLETUS WAYNE NIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 03-1144-T/An |
| ) | |
| WASTE MANAGEMENT, INC., and ) | |
| WASTE MANAGEMENT OF ) | |
| MISSISSIPPI, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REFERENCE

Having been remanded by the Sixth Circuit Court of Appeals for further proceedings, this case is hereby REFERRED to U.S. Magistrate Judge S. Thomas Anderson to conduct a new scheduling conference.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

16 December 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:03-CV-01144 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Fred C. Statum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Terry L. Wood
WILSON HINTON & WOOD
505 Waldron St.
Corinth, MS 38835--125

Honorable James Todd
US DISTRICT COURT