IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CLETUS WAYNE NIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 03-1144-T-An |
| ) | |
| WASTE MANAGEMENT, INC., and ) | |
| WASTE MANAGEMENT OF ) | |
| MISSISSIPPI, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to an Order of Reference entered December 19, 2005, this case has been referred to the Magistrate Judge for a new scheduling conference.

Counsel are therefore directed to confer regarding proposed deadlines and a new trial date and submit to the Court within 20 days from entry of this Order a proposed Amended Scheduling Order which is consistent with the Court's normal Scheduling Order. If counsel is unable to agree as to an Amended Scheduling Order, they shall notify the Judge's Chambers and a Scheduling Conference will be held.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: December 29, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:03-CV-01144 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Fred C. Statum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Terry L. Wood
WILSON HINTON & WOOD
505 Waldron St.
Corinth, MS 38835--125

Honorable James Todd
US DISTRICT COURT